George HARRIS, Movant, v. VALLEY MOTORS, Inc., Opposed.

Court of Appeals of Kentucky.

June 13, 1952.

Hiram H. Owens, Barbourville, for appellant.

Thomas F. Young, Corbin, for appellee.

PER CURIAM.

Motion for an appeal from the Knox Circuit Court. Judgment for the possession of an automobile or its value, $405.24. The points raised for reversal have been carefully considered. We find nothing to justify a reversal.

Judgment affirmed.